IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| KYLE CARSON, | ) | CASE NO. 1:12-cv-1637 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ALL ERECTION & CRANE RENTAL CORPORATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL

Defendant, All Erection & Crane Rental Corporation, incorrectly sued in the name of its affiliate Central Rent-A-Crane ("Defendant"), by counsel and pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, hereby removes to this Court the above-captioned action which is pending in the Marion Superior Court, State of Indiana. In support of its Notice, Defendant states:

1. On or about October 18, 2012, Plaintiff Kyle Carson commenced this civil action against Central Rent-A-Crane[1], as the sole named defendant, in the Marion Superior Court, County of Marion, State of Indiana, docketed as Cause No. 49D10-1210-CT-041232 (the "Lawsuit").

2. On or about October 25, 2012, All Erection & Crane Rental Corporation, as the corporate parent of affiliate Central Rent-A-Crane, was served by U.S. Mail with a copy of the original Complaint in the Lawsuit. A true and accurate copy of the original Complaint is attached hereto within Exhibit A.

---

[1] As explained below in paragraph 4(c), Plaintiff misidentified the proper defendant as All Erection & Crane Rental Corporation is the entity with contractual privity with Plaintiff's employer, White Construction, relative to the construction incident at issue.

3.  This Notice of Removal is being filed within thirty (30) days after service of a copy of the original Complaint, and, therefore, is timely filed pursuant to 28 U.S.C. § 1446(b) and *Murphy Bros. Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344 (1999).

4.  The Court has jurisdiction over this case pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship among the parties and the amount in controversy exceeds $75,000.00, exclusive of interest and costs, as further detailed below:

(a) At all relevant times, based upon information and belief, Plaintiff Kyle Carson was employed by White Construction, was performing work for White Construction in Elwood, Indiana, was domiciled in Indiana and, for purposes of citizenship, was and is a citizen of Indiana. (*See* Complaint, ¶¶ 2, 3).

(b) Defendant All Erection & Crane Rental Corporation is an Ohio corporation with a principal place of business located in Cleveland, Cuyahoga County, Ohio, and thus is not domiciled in Indiana.

(c) As alleged in Plaintiff's Complaint, Plaintiff was injured during the course and scope of his employment with White Construction when he was struck by a crane. All Erection & Crane Rental Corporation rented a crane to White Construction as evidenced by Bare Rental Blanket Lease #2009-CEN-CHI-0045-BR, dated January 22, 2009, and its subsequent amendment, dated March 30, 2010. True and accurate copies of the Bear Rental Blanket Lease and its subsequent amendment are attached hereto as Exhibit B. Thus, as plainly documented by the contract documents, All Erection & Crane Rental Corporation is the proper named defendant not Central Rent-A-Crane.

(d) Plaintiff seeks damages in an amount exceeding $75,000, exclusive of interest and costs. Although Indiana's Trial Rules prohibit dollar amounts from being included within Complaints (Ind. R. Trial P. 8(A)(2)), here this is known based on conversations with Plaintiff's counsel that Plaintiff's damages are expected to exceed $75,000, exclusive of interest and costs, and an understanding that the injury sustained resulted in a whole or partial amputation of plaintiff's leg(s).

5. The Lawsuit is, therefore, a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court under 28 U.S.C. §§ 1441 and 1446. Further, removal to this judicial district and division is proper under 28 U.S.C. § 1441(a), as this district and division embrace Marion County, Indiana where the Lawsuit is pending.

6. This Notice is accompanied by copies of all process, pleadings, and orders served upon or by Defendant in the Lawsuit. (See Exhibit A hereto.)

7. Promptly after it is filed with this Court, Defendant will serve this Notice on Plaintiff and file a copy of this Notice with the Clerk of the Marion County Superior Court.

8. The Notice is signed in accordance with Federal Rule of Civil Procedure 11.

WHEREFORE, Defendant, All Erection & Crane Rental Corporation, respectfully removes this Lawsuit to this Court.

        Respectfully submitted,

        FROST BROWN TODD LLC

        By:    /s/ Kevin C. Schiferl
            Kevin C. Schiferl
            Blake N. Shelby
            Attorneys for Defendant
            All Erection & Crane Rental Corporation,
            incorrectly sued in the name of its affiliate
            Central Rent-A-Crane

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of November, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

John P. Daly, Jr. – *john@golitkodaly.com*
Matthew M. Golitko - *matt@golitkodaly.com*
GOLITKO & DALY, PC
9450 North Meridian Street, Suite 250
Indianapolis, IN 46260

        /s/ Kevin C. Schiferl

FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN 46244-0961
317-237-3800
Fax: 317-237-3900
*kschiferl@fbtlaw.com*
*bshelby@fbtlaw.com*

INDLibrary2 LR01439.0600986 1168825v1