UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KYLE CARSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Cause No. 1:12-cv-1637-WTL-DML |
| | ) |
| ALL ERECTION & CRANE RENTAL CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## FINAL JUDGMENT

The Court having this day granted the Defendant's motion for summary judgment, judgment is hereby entered in favor of the Defendant.

SO ORDERED: 04/25/2014

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic communication.